FILED by SW D.C.

ELECTRONIC

Oct 22 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

CASE NO.: 04-80295 CIV-RYSKAMP/VITUNAC

SIGNATURES NETWORK, INC.,

    Plaintiff,

v.

SLIPKNOT MERCHANDISING L.L.C.,
an Iowa limited liability company;
JOHN DOES 1-10, and XYZ COMPANY,

    Defendants.
_____/

## STIPULATION AND PROPOSED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE AND FOR DISCHARGE OF BOND

Plaintiff SIGNATURES NETWORK, INC. ("SIGNATURES NETWORK") and Defendant SLIPKNOT MERCHANDISING L.L.C. ("SLIPKNOT"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby file this Stipulation of Voluntary Dismissal With Prejudice and For Discharge of Bond and stipulate as follows.

1.   SIGNATURES NETWORK and SLIPKNOT (the "Parties") have reached a settlement in this matter and have entered into a Settlement Agreement setting forth the terms of this settlement.

2.   Pursuant to the terms of the Settlement Agreement, the Parties agree to a voluntary dismissal of all claims with prejudice.

3.   The Parties further agree that the $50,000 bond executed in this matter by Washington International Insurance Company on behalf of SIGNATURES NETWORK, INC.

(Bond No. S-902-1761), which has been filed with the Court, shall hereby be released and discharged.

4.  Each party agrees to bear their respective fees and costs.

5.  A proposed order approving this Stipulation is attached hereto for the Court's consideration as Exhibit A.

**SO STIPULATED:**

| | |
|---|---|
| BAKER & McKENZIE LLP<br>Attorneys for Plaintiff<br>1111 Brickell Avenue, Suite 1700<br>Miami, Florida 33131<br>Tel: (305) 789-8900<br>Fax: (305) 789-8953 | PROSKAUER ROSE LLP<br>Attorneys for Defendant<br>2255 Glades Road, Suite 340-West<br>Boca Raton, Florida 33431<br>Tel.: (561) 241-7400<br>Fax: (561) 241-7145 |

By: _/s/ Victor Cerda_
 Donald J. Hayden
 Florida Bar No. 0097136
 donald.j.hayden@bakernet.com
 Victor Cerda (admitted *pro hac vice*)
 Florida Bar No. 0633518
 victor.cerda@bakernet.com

By: _____
 Stephanie Reed Traband
 Florida Bar No. 0158471
 straband@proskauer.com

Dated: October 22nd, 2004

Dated: October _____, 2004

(Bond No. S-902-1761), which has been filed with the Court, shall hereby be released and discharged.

4. Each party agrees to bear their respective fees and costs.

5. A proposed order approving this Stipulation is attached hereto for the Court's consideration as Exhibit A.

**SO STIPULATED:**

| | |
|---|---|
| BAKER & McKENZIE LLP<br>Attorneys for Plaintiff<br>1111 Brickell Avenue, Suite 1700<br>Miami, Florida 33131<br>Tel: (305) 789-8900<br>Fax: (305) 789-8953 | PROSKAUER ROSE LLP<br>Attorneys for Defendant<br>2255 Glades Road, Suite 340-West<br>Boca Raton, Florida 33431<br>Tel.: (561) 241-7400<br>Fax: (561) 241-7145 |

By:_____
    Donald J. Hayden
    Florida Bar No. 0097136
    donald.j.hayden@bakernet.com
    Victor Cerda (admitted *pro hac vice*)
    Florida Bar No. 0633518
    victor.cerda@bakernet.com

By: /s/ Stephanie Reed Traband
    Stephanie Reed Traband
    Florida Bar No. 0158471
    straband@proskauer.com

Dated: October _____, 2004

Dated: October 22, 2004

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

CASE NO.: 04-80295 CIV-RYSKAMP/VITUNAC

SIGNATURES NETWORK, INC.,

    Plaintiff,

v.

SLIPKNOT MERCHANDISING L.L.C.,
an Iowa limited liability company;
JOHN DOES 1-10, and XYZ COMPANY,

    Defendants.
_____/

## ORDER APPROVING STIPULATION OF DISMISSAL AND DISCHARGE OF BOND

THIS MATTER came before the Court on the parties' Stipulation and Proposed Order of Voluntary Dismissal with Prejudice and for Discharge of Bond. The Court has reviewed the parties' Stipulation, and good cause appearing,

IT IS HEREBY ORDERED:

1. That the parties' Stipulation and Proposed Order of Voluntary Dismissal with Prejudice and for Discharge of Bond is APPROVED, and that this matter is dismissed with prejudice;

2. That the $50,000 bond executed in this matter by Washington International Insurance Company on behalf of SIGNATURES NETWORK, INC. (Bond No. S-902-1761), which has been filed with the Court, shall hereby be released and discharged; and

3. Each party is to bear its own fees and costs.

DONE AND ORDERED in West Palm Beach, Florida this _____ day of _____, 2004.

_____
KENNETH L. RYSKAMP
United States District Judge

Copies provided to:

Donald J. Hayden
Victor Cerda (admitted *pro hac vice*)
BAKER & McKENZIE LLP
Attorneys for Plaintiff Signatures Network Inc.
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131-2927

Stephanie Reed Traband, Esq.
PROSKAUER ROSE LLP
Attorneys for Defendant Slipknot Merchandising LLC
2255 Glades Road
Suite 340 West
Boca Raton, FL  33431-7383

Bert H. Deixler (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Attorneys for Defendant Slipknot Merchandising LLC
2049 Century Park East
Suite 3200
Los Angeles, CA  90067