UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

Case No. 04-80295-CIV-RYSKAMP/VITUNAC

SIGNATURES NETWORK, INC.,

    Plaintiff,

v.

SLIPKNOT MERCHANDISING L.L.C.,
an Iowa limited liability company; JOHN
DOES 1-10 and XYZ COMPANY,

    Defendants.
_____/

FILED by JV D.C.
OCT 29 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the parties' Stipulation and Proposed Order of Voluntary Dismissal with Prejudice and for Discharge of Bond **[DE 50]** filed on October 22, 2004. THE COURT has considered the Stipulation and the pertinent portions of the record, and it is hereby

ORDERED AND ADJUDGED that this Cause be, and the same hereby is, **DISMISSED WITH PREJUDICE**. The parties' Stipulation is approved, and the $50,000 bond executed in this matter by Washington International Insurance Company on behalf of Signatures Network, Inc. (Bond No. S-902-1761) **[DE 8]**, which has been filed with the Court, shall hereby be released and discharged. Each party shall bear its own fees and costs. The Clerk of Court shall **CLOSE** the case and **DENY** any pending motions as **MOOT**.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 29th day of October, 2004.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided:
Counsel of record